United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY SMILER,

Plaintiff,

v.

K. WILEY, et al.,

Defendants.

Case No. 26-cv-05532-RMI

**ORDER GRANTING EXTENSION**

Re: Dkt. No. 8

For good cause shown, it is hereby **ORDERED** that the California Department of Corrections and Rehabilitation's request for an extension (Dkt. 8) to file a Notice of E-Service Waiver is **GRANTED**, and the waiver may be filed by **September 25, 2026**. The clerk shall serve this order electronically on the California Department of Corrections and Rehabilitation and on Plaintiff via regular mail.

**IT IS SO ORDERED.**

Dated: September 14, 2026

ROBERT M. ILLMAN
United States Magistrate Judge