United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMILER,<br>Plaintiff,<br>v.<br>K. WILEY, et al.,<br>Defendants. | Case No. 26-cv-05532-RMI<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| CARL ROBINSON,<br>Plaintiff,<br>v.<br>K. WILEY, et al.,<br>Defendants. | Case No. 26-cv-03644-NW |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Noël Wise for consideration of whether the case is related to *Robinson v. Wiley, et al.*, Case No. 26-cv-3644-NW.

**IT IS SO ORDERED.**

Dated: October 27, 2026

ROBERT M. ILLMAN
United States Magistrate Judge